EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Francisco Pomales Rivera | 2015 TSPR 110<br><br>193 DPR ____ |

Número del Caso: TS-5913

Fecha: 10 de agosto de 2015

Abogado del peticionario:

          Por derecho propio

Materia: Reactivación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco Pomales Rivera

TS-5913

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de agosto de 2015.

Atendida la *Moción Solicitando Reactivación del Infrascrito Abogado al Ejercicio de la Notaría y la práctica general de la abogacía*, se reactiva al peticionario al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Presidenta señora Fiol Matta y el Juez Asociado señor Rivera García no intervinieron.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo